IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEREMY A. ROWLES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:17-CV-04250-BCW |
| ) | |
| CURATORS OF THE ) | |
| UNIVERSITY OF MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Plaintiff's request, the Court held a discovery dispute telephone conference in this case on September 18, 2018, pursuant to Local Rule 37. Plaintiff appeared by phone through counsel, J. Andrew Hirth. Defendants appeared by phone through counsel, Antwaun L. Smith and Emily Little. The dispute relates to Plaintiff's discovery requests for information related to Title IX complaints and investigations, to which Defendants object on the basis of confidentiality concerns.

The Court, having heard the parties' arguments during the telephone conference, finds the best course is for the parties to brief the issue. Consistent with the telephone conference discussion, it is hereby

ORDERED Plaintiff shall file his brief in support of the discovery requests on or before **September 25, 2018**. It is further

ORDERED Defendants shall file their brief in opposition to the discovery requests on or before **October 2, 2018**. It is further

ORDERED Plaintiff shall reply on or before **October 5, 2018**. It is further

ORDERED the deadlines set in the Scheduling and Jury Trial Order (Doc. #17) are STAYED, pending resolution of the instant discovery dispute.

ORDERED this matter is set for telephone conference **Tuesday, November 6, 2018** at **9:00 a.m.**

IT IS SO ORDERED.

DATE: September 24, 2018                /s/ Brian C. Wimes
                                        JUDGE BRIAN C. WIMES
                                        UNITED STATES DISTRICT COURT