Exhibit A

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                  WESTERN DISTRICT OF MISSOURI
 3                         CENTRAL DIVISION
 4
 5   JEREMY A. ROWLES,              )
 6                                  )Case No. 2:17-CV-04250-BCW
 7        Plaintiff,                )
 8                                  )
 9        vs.                       )
10                                  )
11   THE CURATORS OF THE            )
12   UNIVERSITY OF MISSOURI,        )
13   et al.,                        )
14                                  )
15        Defendants.               )
16
17
18           VIDEOTAPED DEPOSITION OF JEREMY A. ROWLES
19                 TAKEN ON BEHALF OF DEFENDANTS
20                         August 30, 2018
21
22
23
24
25
```

TIGER COURT REPORTING, LLC
WWW.TIGERCR.COM   573.999.2662

```
 1  damages only?
 2              MR. HIRTH:  Hang on one second.  Yeah, I
 3  think we -- for lost wages we don't have a calculation
 4  for that.  I think we're intending to supplement our
 5  responses, but we haven't done that yet obviously.
 6              MS. LITTLE:  So can we agree that we'll
 7  set a deposition then to discuss what damages he's
 8  claiming?
 9              MR. HIRTH:  You mean in addition -- so
10  I'm confused about the -- if we supplement our
11  response with what the damage calculation is --
12              MS. LITTLE:  Right.
13              MR. HIRTH:  -- you're -- you want to ask
14  him questions about --
15              MS. LITTLE:  We may need to.
16              MR. HIRTH:  Okay.  If we wind up
17  claiming -- if -- if we supplement to claim damages,
18  and that's something I can decide in the next week or
19  so, then we could continue the deposition as to that
20  issue.
21              MS. LITTLE:  Okay.  Well, let me run
22  through these categories then.
23  BY MS. LITTLE:
24       Q.    You say you don't know if you're claiming
25  future earnings.  Correct?
```

```
 1      A.    Correct.
 2      Q.    Are you claiming loss of education?
 3      A.    I don't know yet.
 4      Q.    Are you claiming damage to reputation?
 5      A.    I don't know yet.
 6      Q.    Are you claiming emotional distress?
 7      A.    I don't know yet.
 8      Q.    Are you claiming embarrassment and
 9 humiliation?
10      A.    I don't know yet.
11      Q.    Are you claiming loss of enjoyment of
12 life?
13      A.    I don't -- I don't know yet.
14      Q.    Are you claiming punitive damages?
15      A.    I don't know yet.
16      Q.    Are you claiming attorney's fees?
17      A.    I don't know yet.
18      Q.    Have you agreed to pay a percentage of
19 any award to your attorneys?
20      A.    I -- yes.
21      Q.    Okay.  Are you asking for readmission to
22 the University of Missouri?
23      A.    I'm asking for the -- the suspension to
24 be overturned.
25      Q.    And are you asking for readmission to the
```

```
 1    STATE OF  Missouri        )
 2    COUNTY OF  Cole            )
 3    I, JEREMY              ...certify:
 4         That             the foregoing deposition;
 5         That             such changes in form and/or
 6    substance              position as might be necessary
 7    to render              and correct;
 8         That             such changes thereon, I hereby
 9    subscribe             the deposition.
10         I dec            ...ty of perjury that the
11    foregoing
12                                              [Notary Seal:
13                                               LYNETTE A. JACKSON
                                                 Notary Public, Notary Seal
                                                 State of Missouri
                                                 Cole County
                                                 Commission # 14628811
                                                 My Commission Expires 07-22-2022]
14                                       JEREMY ROWLES
15    Executed thi  14 day of September, 2018,
16    at  3:53
17
18                              Lynette A Jackson
                                Notary Public
19
20    My commiss           July-22-2022
21
22
      Signature
23    TLT/JR
      Rowles vs.                  University of Missouri,
24    et al.
                                                ORIGINAL
25
```