IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JEREMY A. ROWLES, )
 )
      Plaintiff, )
 )
v. ) Case No. 2:17-CV-4250-BCW
 )
CURATORS OF THE UNIVERSITY )
OF MISSOURI, et al., )
 )
      Defendants. )

**Joint Proposed Amended Scheduling Order and Discovery Plan**

Per the Court's November 5, 2018 Order, the Parties have conferred and jointly propose the following Amended Scheduling Order:

1. The parties shall conclude all discovery by **December 11, 2018**.

2. Dispositive motions shall be filed by **December 18, 2018**.

3. Final Pre-Trial Conference is scheduled for April 18 at 8:30 a.m.

4. Jury Trial is scheduled for the week of May 13-17.

Respectfully submitted:

| TGH LITIGATION LLC | OFFICE OF THE GENERAL COUNSEL |
|---|---|
| /s/ J. Andrew Hirth | /s/ Antwaun Smith |
| J. Andrew Hirth, MO Bar No. 57807 | Emily W. Little, MO Bar No. 49929 |
| 913 E Ash Street | Antwaun Smith, MO Bar No. 59851 |
| Columbia, MO 65201 | 227 University Hall |
| (573) 256-2850 (phone) | Columbia, MO 65211 |
| (573) 213-2201 (fax) | (573) 882-3211 (phone) |
| andy@tghlitigation.com | (573) 882-0050 (fax) |
| *Counsel for Plaintiff* | smithantw@umsystem.edu |
| | *Counsel for Defendants* |