IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEREMY A. ROWLES, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-CV-04250-BCW |
| ) | |
| THE CURATORS OF THE ) | ORAL ARGUMENT REQUESTED |
| UNIVERSITY OF MISSOURI, *et al.*, ) | |
| Defendants, ) | |

## DEFENDANT THE CURATORS OF THE UNIVERSITY OF MISSOURI'S MOTION FOR SUMMARY JUDGMENT

Defendant The Curators of the University of Missouri ("University"), through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on Count VI of Plaintiff's First Amended Petition for Damages and Plaintiff's claims for punitive damages. Defendant University incorporates by reference Defendants' Joint Statement of Uncontroverted Material Facts, as well as its contemporaneously-filed Suggestions in Support of this motion.

Wherefore, Defendant "University" requests that this Court grant its motion for summary judgment, enter judgment in its favor and against Plaintiff on Count VI of Plaintiff's First Amended Petition for Damages, and for such other relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

Office of the General Counsel
Stephen J. Owens, General Counsel

*/s/ Emily W. Little*
Emily W. Little, Mo. Bar 49929
littleew@umsystem.edu

*/s/ Antwaun Smith*
Antwaun Smith, Mo. Bar 59851
smithantw@umsystem.edu


227 University Hall
Columbia, Missouri 65211
(573)882-3211(telephone)
(573)882-0050 (facsimile)

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I certify on that December 24, 2018, I served this document upon all attorneys of record through the Court's electronic filing system.

*/s/ Emily W. Little*