IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEREMY A. ROWLES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-CV-04250-BCW |
| | ) |
| THE CURATORS OF THE | ) ORAL ARGUMENT REQUESTED |
| UNIVERSITY OF MISSOURI, *et al.*, | ) |
|     Defendants, | ) |

## **DEFENDANT CATHY SCROGGS' MOTION FOR SUMMARY JUDGMENT**

Defendant Cathy Scroggs, through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on Counts I and V of Plaintiff's First Amended Petition for Damages and Plaintiff's claims for punitive damages. Defendant Scroggs incorporates by reference Defendants' Joint Statement of Uncontroverted Material Facts, as well as its contemporaneously-filed Suggestions in Support of this motion.

Wherefore, Defendant Scroggs requests that this Court grant her motion for summary judgment, enter judgment in her favor and against Plaintiff on Counts I and V of Plaintiff's First Amended Petition for Damages, and for such other relief as this Court deems just and proper under the circumstances.

00207368-1                                                                 1

Respectfully submitted,

Office of the General Counsel
Stephen J. Owens, General Counsel

*/s/ Emily W. Little*
Emily W. Little, Mo. Bar 49929
littleew@umsystem.edu

*/s/ Antwaun Smith*
Antwaun Smith, Mo. Bar 59851
smithantw@umsystem.edu

227 University Hall
Columbia, Missouri 65211
(573)882-3211(telephone)
(573)882-0050 (facsimile)

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I certify on that December 24, 2018, I served this document upon all attorneys of record through the Court's electronic filing system.

*/s/ Emily W. Little*