IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEREMY A. ROWLES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-CV-04250-BCW |
| | ) |
| THE CURATORS OF THE | ) |
| UNIVERSITY OF MISSOURI, *et al.*, | ) |
|     Defendants, | ) |

# EXHIBITS A-G1

# (Filed Under Seal – See Defendants' Notice of Filing)

00207478-1

1

Case 2:17-cv-04250-BCW   Document 78-1   Filed 12/24/18   Page 1 of 1