IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JEREMY A. ROWLES,

       Plaintiff,

v.   Case No. 2:17-CV-04250-BCW

CURATORS OF THE
UNIVERSITY OF MISSOURI, et al.,

       Defendants.

## JUDGMENT IN A CIVIL ACTION

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Defendant Curators of the University of Missouri's Motion for Summary Judgment (Doc. #71) is GRANTED. It is further ORDERED Plaintiff's Motion for Partial Summary Judgment on Counts I, III, and VI. (Doc. #70) is DENIED. It is further ORDERED Defendant Ellen Eardley's Partial Motion for Summary Judgment (Doc. #72) is GRANTED. It is further ORDERED Defendant Andrea Hayes' Partial Motion for Summary Judgment (Doc. #73) is GRANTED. It is further ORDERED Defendant Salama Gallimore's Partial Motion for Summary Judgment (Doc. #74) is GRANTED. It is further ORDERED Defendant Cathy Scroggs' Partial Motion for Summary Judgment (Doc. #76) is GRANTED, consistent with the orders entered by the Honorable Brian C. Wimes this date.

                                  AT THE DIRECTION OF THE COURT

April 24, 2019                  /s/Paige Wymore-Wynn
Dated                               Court Executive

April 24, 2019                  By: Joella Baldwin
Entered                            Deputy Clerk