IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JEREMY A. ROWLES,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　 )　　Case No. 2:17-CV-4250-BCW
　　　　　　　　　　　　　　　　　　　)
CURATORS OF THE UNIVERSITY　　　)
OF MISSOURI, et al.,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)

# NOTICE OF APPEAL

Plaintiff Jeremy A. Rowles appeals to the United States Court of Appeals for the Eighth Circuit from the following:

1. April 24, 2019 Judgment in a Civil Action [Docket No. 118];

2. April 24, 2019 Order denying Plaintiff's Motion for Partial Summary Judgment on Counts I, III, and VI [Docket No. 115];

3. April 24, 2019 Order granting Defendant Curators' Motion for Summary Judgment [Docket No. 116];

4. April 24, 2019 Order granting Defendant Ellen Eardley's Partial Motion for Summary Judgment as to Counts I and V; Defendant Andrea Hayes' Partial Motion for Summary Judgment as to Counts I, III, and V; Defendant Salama Gallimore's Partial Motion for Summary Judgment as to Counts I and V; and

Defendant Cathy Scroggs' Partial Motion for Summary Judgment as to Counts I and V [Docket No. 117];

5. November 5, 2018 Order denying Plaintiff's Motion to Compel [Docket No. 57]; and

6. July 16, 2018 Order granting Defendants' Motion to Dismiss in part [Docket No 28].

Respectfully submitted:

TGH LITIGATION LLC

 */s/ J. Andrew Hirth*
J. Andrew Hirth, MO #57807
28 N Eighth St, Suite 500
Columbia, MO 65201
(573) 256-2850 (phone)
(573) 213-2201 (fax)
andy@tghlitigation.com

*Counsel for Plaintiff/Appellant*